## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:25-CV-01261-WFJ-CPT

Plaintiff:
**HERIBERTO ROMAN, JR.**

vs.

Defendant:
**ROBERT J. PERRAULT, JR. and THE FLORIDA DEPARTMENT OF FINANCIAL SERVICES**

LTS2025006674

For:
Joshua B. Alper, Esq.
Shapiro, Blasi, Wasserman, and Hermann, P.A.

Received by WILLIAM RISER on the 17th day of December, 2025 at 4:23 pm to be served on **FLORIDA DEPARTMENT OF FINANCIAL SERVICES C/O SUSAN MILLER, CFO, 200 EAST GAINES STREET, TALLAHASSEE, FL 32399**.

I, WILLIAM RISER, do hereby affirm that on the **18th day of December, 2025** at **12:25 pm, I:**

Served a GOVERNMENT OR PUBLIC AGENCY by delivering a true copy of the SUMMONS, COMPLAINT and CASE MANAGEMENT AND SCHEDULING ORDER with the date and hour of service endorsed thereon by me, to: Jonathan Doster as Administrative Secretary for FLORIDA DEPARTMENT OF FINANCIAL SERVICES C/O SUSAN MILLER, CFO, 200 E Gaines St, Tallahassee, FL 32399 and informed said person of the contents therein, in compliance with State Statute 48.111.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

WILLIAM RISER
288

TOP LEGAL SERVICES
777 S.E. 2ND AVENUE
SUITE 110B
DEERFIELD BEACH, FL 33441
(954) 812-9229

Our Job Serial Number: LTS-2025006674
Ref: 90155.001

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| HERIBERTO ROMAN, JR., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:25-cv-01261-WFJ-CPT |
| ROBERT J. PERRAULT, JR., and the FLORIDA DEPARTMENT OF FINANCIAL SERVICES, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLORIDA DEPARTMENT OF FINANCIAL SERVICES
c/o Susan Miller, CFO
200 East Gaines Street
Tallahassee, FL 32399

DELIVERED 12/18/2025 12:25 PM
SERVER WR
LICENSE 288

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shapiro, Blasi, Wasserman & Hermann, P.A.
Attn: Joshua B. Alper, Esq.
7777 Glades Road, Ste. 400
Boca Raton, FL 33434

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Janet Gonzalez

Date: December 12, 2025                                           _____
                                                                   *Signature of Clerk or Deputy Clerk*