## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**CASE NO.: 8:25-cv-01261-WFJ-CPT**

HERIBERTO ROMAN, JR.,

     Plaintiff,

v.

ROBERT J. PERRAULT, JR and
THE FLORIDA DEPARTMENT
OF FINANCIAL SERVICES.,

     Defendants.

_____/

## UNOPPOSED JOINT MOTION TO MODIFY CASE MANAGEMENT AND SCHEDULING ORDER

Plaintiff Heriberto Roman, Jr. ("Plaintiff"), Defendant Robert J. Perrault ("Perrault"), and Defendant Florida Department of Financial Services ("DFS") (collectively, the "Parties"), through counsel and pursuant to Fed. R. Civ. P. 16(b)(4), respectfully jointly move to modify certain deadlines contained in the Case Management and Scheduling Order ("CMO") [DE 15] entered on July 16, 2025, and in furtherance thereof, state as follows:

1. DFS was added as a party to this litigation on or about December 18, 2025. *See* DE 26. At the time, this case had already been pending for several months, and a previous Case Management and Scheduling Order, entered on July 16, 2025 (ECF 15), controlled. Trial is scheduled for February 1, 2027.

2. On April 7, 2026, the Court entered the Order Dismissing Plaintiff's First

1

Amended Complaint without prejudice, and granting Plaintiff leave to re-file a Second Amended Complaint. *See* DE 34.

3.      In accordance with the Order, Plaintiff timely filed his Second Amended Complaint on April 14, 2026. *See* DE 36.

4.      Thereafter, on April 28, 2026, DFS filed its Motion to Dismiss the Second Amended Complaint. *See* DE 38.

5.      Plaintiff's response to DFS' Motion to Dismiss is currently due on May 19, 2026.

6.      A schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *and see Fisher v. SP One, Ltd.*, 559 Fed. Appx. 873, 878 (11th Cir. 2014) ("To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence.").

7.      Here, there is good cause to extend the CMO deadlines outlined herein because the pleadings remain open due to DFS' pending Motion, and as the deadline to complete discovery is quickly approaching on June 15, 2026 (*see* DE 15), the Parties require more time than allotted in the CMO to complete discovery, including taking depositions. Final determination on the undecided issues relating to DFS' motion to dismiss may materially impact the scope of the discoverable issues and the course of discovery in the case.

8.      The parties have acted diligently under the circumstances and initial disclosures, written discovery, and third-party subpoenas have been exchanged by the initial parties (Roman and Perrault). However, counsel for Defendant Perrault and

Plaintiff Roman agreed that proceeding with depositions before DFS was added would result in unnecessary duplication (potentially subjecting all witnesses to a second deposition on the same subject matter by counsel for DFS once it was added as a party) and elected to wait until DFS was joined before taking depositions, so that DFS could participate.

9.     DFS, as a new party in the case, has unsettled issues asserted against it and has not had a meaningful and fair opportunity to participate in the discovery. These circumstances and the impact on the current schedule were not anticipated until the pleading issues were actually presented in the amended complaints and the subsequent motions to dismiss.

10.     Furthermore, the Parties are involved in two related cases, *Smith v Perrault*[1] and *Black v Perrault*.[2] The parties note that the Plaintiffs and Defendant Perrault, numerous DFS employees, and several third parties will be witnesses in all three cases. As such, the Parties have discussed coordinating discovery in all three cases to occur simultaneously.[3] At this time, the discovery deadline in *Smith* is July 17, 2026 and the discovery deadline in *Black* is January 29, 2027. The Parties seek to

---

[1] *Trevor Jared Smith v. Robert J. Perrault, JR and The Florida Department of Financial Services*, Case No. 8:25-cv-00804, United Stated District Court, Middle District of Florida, Tampa Division.

[2] *Hunter Seaborn Mackenzie Black v. Robert J. Perrault JR and The Florida Department of Financial Services*, Case no. 8:25-cv-01466-WFJ-CPT, United Stated District Court, Middle District of Florida, Tampa Division.

[3] The Parties envision holding depositions of each witness back-to-back in all three cases.

extend the discovery deadline in the present action to closer-align the discovery deadlines in all three cases in order to facilitate efficient discovery.

11. For these reasons, the Parties respectfully request that the below CMO deadlines be extended as follows:

| Action or Event | Date |
| --- | --- |
| Discovery Cut-Off | 10/15/2026 |
| Mediator Selection/Scheduling due by | 9/1/2026 |
| Conduct Mediation by | 9/29/2026 |
| Dispositive Motion filing | 11/17/2026 |

WHEREFORE the Parties respectfully request that the Court grant this Motion and extend these CMO deadlines as outlined herein, along with such other and further relief this Honorable Court deems just and proper.

### Local Rule 3.01(g) Certification

I certify that the Parties have conferred and agree to the resolution of this Motion.

Dated: May 12, 2026

**SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.**
*Attorneys for Plaintiff*
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:    (561) 477-7722

By:    */s/ Joshua B. Alper*
Joshua B. Alper, Esq.
Florida Bar No. 59875

4

Primary E-Mail: jalper@sbwh.law
Secondary E-Mail:
crestivo@sbwh.law
floridaservice@sbwh.law

/s/ *Kristen C. Diot*
HALEY E. HADDEN
Florida Bar Number: 1028227
hhadden@sniffenlaw.com
KRISTEN C. DIOT
Florida Bar Number: 0118625
kdiot@sniffenlaw.com
ROBERT J. SNIFFEN
Lead Counsel
Florida Bar Number: 0000795
rsniffen@sniffenlaw.com
SNIFFEN & HARMON, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
*Counsel for Defendant,*
*Florida Department of Financial Services*

HENRY BUCHANAN, P.A.

/s/ *Miriam R. Coles*
MIRIAM R. COLES
Florida Bar No. 58402
mcoles@henryblaw.com
J. STEVEN CARTER
Florida Bar No. 896152
scarter@henryblaw.com
Post Office Drawer 14079
Tallahassee, Florida 32317-4079
Telephone: (850) 222-2920
Facsimile: (850) 224-0034
*Attorneys for Defendant Robert J. Perrault*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of Court using CM/ECF and is being served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record.

By:   */s/ Joshua B. Alper*
Joshua B. Alper, Esq.